**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

COBBRIETTIE C. WILSEIONNAS III,
MELISSA BOONE, DEBORAH BOONE,

    Plaintiffs,

vs.                                    CASE NO. 6:07-CV-1043-ORL-19UAM

LORIA PHELPS, BILL KROCK, VICTOR
STEFANICI, ANN MARIE MISIONICO,
KAREN MARTIN,

    Defendants.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 8, filed June 29, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 8) is **ADOPTED and AFFIRMED.** The Motion for Leave to Proceed in Forma Pauperis (Doc. No. 7, filed June 27, 2007) is **DENIED,** under 28 U.S.C. §1915(e)(2)(B)(i)-(ii) (failure to state a claim and frivolousness). The Amended Complaint (Doc. No. 6, filed June 27, 2007) is **DISMISSED without prejudice** as frivolous. The Clerk of Court shall close this case.

**DONE AND ORDERED** at Orlando, Florida, this ___22nd___ day of July, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record